US MAGISTRATE JUDGE CHERYL L. POLLAK  DATE: 2/23/16

TIME SPENT: _____

DOCKET NO. 15 CV 6559

CASE: Cook v City

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/STATUS CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] ORAL ARGUMENT

MANDATORY DISCLOSURE:

_____ COMPLETED  _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: Parties to exchange initial discovery

Conference 3/25 at 9:30