US MAGISTRATE JUDGE CHERYL L. POLLAK                    DATE: 3/25/16

TIME SPENT: _____

DOCKET NO. 15-6559

CASE: Cook v. City

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE       ✓ TELEPHONE CONFERENCE
____ MOTION HEARING              ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED                   ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Parties exchanging written discovery and attempting to obtain ACS records
Pl to serve proposed amended compl. adding new defs and possibly new pl within a week; deg to notify court if motion is required
Pl to be deposed 4/25
Parties to appear for conf. 6/8 at 10:00 a.m.