The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Telephone: (646) 666-8262; Fax: 1-(877) 666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



AUGUST 9, 2016

The Honorable Cheryl L. Pollak
United States District Court for the Eastern District of New York

Re:   <u>Cook, et al. v. City of NY, et al.</u>, No. 15 Civ. 6559 (ILG) (CLP)

Dear Judge Pollak:

    I represent Plaintiff Darlene Cook and Plaintiff Shaqueena Cook in the above-captioned Section 1983 police misconduct action. I write to request that the Court adjourn the October 5, 2016 Telephone Conference in order to schedule a Settlement Conference this month.

    As I am sure Your Honor remembers, the Parties had a Settlement Conference scheduled once before. However, on the day of that proceeding it was called off for various reasons and converted into a discovery conference instead. Now, after much more paper discovery, the Parties have a better handle on the underlying facts and we agree that the litigation may now benefit from settlement discussion. If Your Honor's schedule allows, the Parties respectfully request that an in-person Settlement Conference be held on the morning of Friday, August 26, 2016, or at any hour of the day on Monday, August 29, 2016.

    During the last conference, the Court set a briefing schedule relating to Plaintiffs' motion to amend their Complaint to, <u>inter alia</u>, add claims against ACS Defendants. Because the proposed Settlement Conference dates land very near to the date by which Plaintiffs must serve their opening brief in support of the motion to amend, Plaintiffs respectfully request that the briefing schedule be adjourned by two weeks. I have discussed the adjournment with Defendants and they consent to the request.

    In summary, Plaintiffs propose, with Defendants' consent, the following amended schedule:

    August 26 (morning) or August 29 (any hour), 2016 – Settlement Conference
    September 9, 2016 – Plaintiffs must serve opening brief in support of motion to amend
    September 26, 2016 – Defendants must serve response in opposition to motion
    October 3, 2016 – Plaintiffs must serve reply and file bundled motion

Respectfully,

*Ryan Lozar*
Ryan Lozar

*The schedule for briefing will be discussed at the next conference set for 9/14 at 1200*

*So Ordered   USMJ*
/s/ Cheryl Pollak  8/16/16