US MAGISTRATE JUDGE CHERYL L. POLLAK      DATE: 10/14/16

TIME SPENT: _____

DOCKET NO. 15 CV 6559

CASE: Cook v City

\_\_\_\_\_ INITIAL CONFERENCE      \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE      \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE      \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING      \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED      \_\_\_\_\_ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: Oral argument held on motion to amend

Decision reserved