

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JOHN L. GARCIA<br>*Assistant Corporation Counsel*<br>phone: (212) 356-5053<br>fax: (212) 356-3509<br>johgarci@law.nyc.gov |

October 28, 2016

**VIA HAND DELIVERY**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Darlene Cook, et al. v. City of New York, et al.</u>
             15-CV-6559 (ILG) (CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent Defendants City of New York, Police Officer Arturo Gomez, and Sergeant Edward Leisengang in the above-referenced matter. At the oral argument on October 14, 2016, the parties informed the Court that their attempts to obtain the relevant family court records pertaining to Plaintiff Shaqueena Cook have been unsuccessful. The Court instructed us to prepare a subpoena for the records for the Court to endorse. Enclosed with this letter is that subpoena ready for the Court's endorsement.

    Defendants are submitting the subpoena and this letter via hand delivery as opposed to filing them electronically because the subpoena contains the dates of birth for Plaintiff Shaqueena Cook and two of her children. In addition, Defendants sent, via electronic mail, a copy of this letter and the subpoena to Plaintiffs' counsel.

    Defendants thank the Court for its attention to this matter.

                                          Respectfully Submitted,

                                          */s/ John L. Garcia*
                                          John L. Garcia
                                          *Assistant Corporation Counsel*

Encl.
cc:    Ryan Lozar, Esq. (**via Email**)
        *Attorney for Plaintiffs*