

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JOHN L. GARCIA<br>*Assistant Corporation Counsel*<br>phone: (212) 356-5053<br>fax: (212) 356-3509<br>johgarci@law.nyc.gov |
|---|---|---|

December 6, 2016

**VIA HAND DELIVERY**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Darlene Cook, et al. v. City of New York, et al.</u>
     15-CV-6559 (ILG) (CLP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent Defendants City of New York, Police Officer Arturo Gomez, and Sergeant Edward Leisengang in the above-referenced matter. On October 28, 2016, the Court endorsed a subpoena for the family court records, which are relevant to the claims at issue in this case and the parties have been unable to obtain on their own. Due to a clerical error, that subpoena was never received by the New York City Family Court, and that subpoena is now outdated. Enclosed with this letter is a new subpoena ready for the Court's review and endorsement, which will promptly be served upon the Family Court.

  Defendants are submitting the subpoena and this letter via hand delivery as opposed to filing them electronically because the subpoena contains the dates of birth for Plaintiff Shaqueena Cook and two of her children. Defendants will also file this letter electronically.

  Defendants thank the Court for its attention to this matter.

                   Respectfully Submitted,

                   John L. Garcia
                   *Assistant Corporation Counsel*

Encl.
cc: Ryan Lozar, Esq. (**via ECF**)
   *Attorney for Plaintiffs*