US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 7/7/17

TIME SPENT: _____

DOCKET NO. 15 CV 6559

CASE: Cook v City

____ INITIAL CONFERENCE         ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE       ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE      ✓ TELEPHONE CONFERENCE
____ MOTION HEARING             ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED        ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____
____ NEXT CONFERENCE SCHEDULED FOR _____
____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS: Parties to submit revise conf. order
Parties to meet and confer on officer disciplinary files & ACS files and submit letters with documents for in camera review if disputes are not resolved

Conf. 8/31 at 10:00