US MAGISTRATE JUDGE CHERYL L. POLLAK  DATE: 8/31/17
TIME SPENT: 1

DOCKET NO. 15 CV 6559
CASE: Cook v. City of N.Y.

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____
✓ NEXT CONFERENCE SCHEDULED FOR 11/14 at 3:00
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Parties to agree on protective order by 9/8
Dft to determine basis of Wright's exit from ACS & produce any disputed docs for in camera review
Parties to meet and confer on disciplinary files and submit letters if any disputes by 9/22
Depositions to be completed by end of October