US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 11/14/17

TIME SPENT: _____

DOCKET NO. 15 cv 6559

CASE: Cook v City

_____ INITIAL CONFERENCE   _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE   _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE   _____ TELEPHONE CONFERENCE
_____ MOTION HEARING   _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED   _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: Request to relieve defs of obligation to produce records for in camera review is granted. Modified: defs are to produce to pl all records relating to Ms Wrights leave by 11/21; if there are records in another ACS file relating to her leave, those are to be provided by 12/8 (for yrs 2013-2014).

Depositions of officers 12/19 and 12/21; ACS depositions to be completed in Jan. Pl Shaqueena to provide releases for mental health records; parties to enter into a stip that Darleene is only

seeking garden variety damages
Pl. to produce bills for criminal defense attorney and any photos or videos by 12/8

Def's request to file summary judgment on issue of Darlene's release is denied; def told to wait until next conference in Jan. when his other motion for summary judgment will be ripe for discussion; This is not to be deemed a waiver of the release defense

Pl to submit subpoena for family Court trs to be so ordered

Conference

1/24/2018 at 3:00 p.m.