US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 2/6/18

TIME SPENT: _____

DOCKET NO. __15 CV 6559_____

CASE: __Cook v City_____

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED                _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Def. to provide attendance records for Ms Wright and re-run of leave requests limited to 2 weeks before & 2 weeks after

Depositions to proceed
By 2/14 parties to submit letter re deposition dates for Wright
Conference 4/6/2018 @ 9:30 a.m.