US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 4/6/18

TIME SPENT: _____

DOCKET NO. 15 CV 6559

CASE: Cook v City

___ INITIAL CONFERENCE     ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE     ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE     ___ TELEPHONE CONFERENCE
___ MOTION HEARING     ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED     ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT CONFERENCE SCHEDULED FOR _____
___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Ms Wright deposition - 4/20
Parties to submit subpoenas to be so ordered for audio files from Family Court and psych provider
Remaining non-party depos. to be completed by 5/18
Conference 6/6 at 10:30