UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DARLENE COOK, et al.,

                              Plaintiffs,

       -against-

CITY OF NEW YORK, et. al.,

                             Defendants.

-----------------------------------------------------------------x

**NOTICE OF DEPOSITION**

15 CV 6559 (ILG) (CLP)

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendant Cerissa Wright at the office of Ryan Lozar, Esq., 305 Broadway, 14th Floor, New York, New York 10007, on June 4, 2018, at 10:00 a.m., and continuing from day to day thereafter until such time as it is concluded. Pursuant to FED. R. CIV. P. 34 and 30(b)(2), the deponent must produce at the deposition any documents related to the incident that is the subject of the above-captioned litigation and the underlying arrest and/or prosecution of Plaintiffs in his/her possession, custody or control, for inspection and copying. Pursuant to FED. R. CIV. P. 30(b)(3)(A), the deposition will be recorded by stenographic and/or videographic means.

Dated: May 22, 2018
       New York, New York

                                                   Ryan Lozar
                                                   305 Broadway, 14th Floor
                                                   New York, New York 10007
                                                   (310) 867-1562

To:    ACC John Garcia, Esq. (via email and by US post)