

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JOHN L. GARCIA**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-5053<br>fax: (212) 356-3509<br>johgarci@law.nyc.gov |

May 31, 2018

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Darlene Cook, et al. v. City of New York, et al.
15-CV-6559 (ILG) (CLP)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent Defendants City of New York, Police Officer Arturo Gomez, Sergeant Edward Leisengang, Cerissa Wright, and Sasha Dawson in the above-referenced matter. Defendants write pursuant to the Court's Order dated May 24, 2018, to certify that counsel for the defendants has served a copy of that Order to Ms. Cerissa Wright.

On May 25, 2018, defense counsel sent Ms. Wright a copy of the Court's Order via certified U.S. Mail with return receipt. On that same date, we also sent Ms. Wright a copy via Email, to which she replied and confirmed receipt. On May 30, 2018, defense counsel called Ms. Wright to convey the substance of the Order and confirmed her appearance for the deposition on June 4, 2018.

Defendants thank the Court for its attention to this matter.

Respectfully Submitted,

John L. Garcia
*Assistant Corporation Counsel*

cc:    Ryan Lozar, Esq.
*Attorney for Plaintiffs*
305 Broadway, 14th Floor
New York, New York 10007