UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARLENE COOK, et al.,

                Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**
15 CV 6559 (ILG) (CLP)

**POLLAK**, United States Magistrate Judge:

The Court assumes familiarity with the case.

On October 10, 2018, the Court held a Status Conference in this case and made the following rulings regarding plaintiffs' Motion to Compel Discovery (see Pls.' Mot.)[1] and defendants' response. (See Defs.' Resp.).[2]

1. Defendants to inform the Court by October 24, 2018 if the ACS case file has been located and if not located, to seek subpoena to be So Ordered by the Court to compel production from the non-party.

2. If the ACS case file is located, defendants to produce it by November 9, 2018.

3. Defendants to obtain a HIPAA release from Shaqueena Cook to obtain Shaqueena Cook's drug screening records from Queens Family Treatment Court.

4. Defendants to inform the Court if the ACS field office retains copies of provision requests independently from the ACS case file, and if provision requests are retained, to obtain those requests.

---

[1] Citations to "Pl.'s Mot." refer to plaintiff's Motion to Compel Discovery, filed August 31, 2018, ECF No. 78.

[2] Citations to "Defs.' Resp." refer to defendants' Response in Opposition, filed September 11, 2018, ECF No. 80.

5. By November 9, 2018, defendants to provide affidavit to the Court regarding whether the ACS Legal Tracking Records are prepared by attorneys.

6. Plaintiffs to obtain HIPAA release from guardian of CC and MC and then seek Court Order to obtain records from ACS clearance center.

7. Plaintiffs' counsel to assist in the scheduling of two non-party depositions by November 9, 2018.

8. The next Status Conference is scheduled for December 12, 2018 at 10:30 a.m.

**SO ORDERED.**

Dated: Brooklyn, New York
October 10, 2018

\_\_\_(/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York