FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 03 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DARLENE COOK and SHAQUEENA COOK,

                                      Plaintiffs,

-against-

CITY OF NEW YORK, NYPD OFFICER ARTURO GOMEZ, Tax No. 954876, NYPD SERGEANT EDWARD LEISENGANG, Tax No. 938843, ACS CHILD PROTECTIVE SPECIALIST CERISSA WRIGHT, ACS CHILD PROTECTIVE SPECIALIST SUPERVISOR SASHA DAWSON, and JOHN/JANE DOE 1-10,

                                      Defendants.
-------------------------------------------------------------x

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF DARLENE COOK

15-CV-6559 (ILG) (CLP)

**WHEREAS**, plaintiff Darlene Cook commenced this action by filing a Complaint on or about November 16, 2015, and plaintiffs Darlene Cook and Shaqueena Cook filed an Amended Complaint on June 4, 2016, and plaintiffs Darlene Cook and Shaqueena Cook filed a Second Amended Complaint on April 10, 2017, alleging that the defendants violated plaintiffs' federal civil rights; and

**WHEREAS**, defendants City of New York, Police Officer Arturo Gomez, Lieutenant Edward Leisengang, Ms. Sasha Dawson, and Ms. Cerissa Wright have denied any and all liability arising out of plaintiffs' allegations; and

**WHEREAS**, plaintiff Darlene Cook now seeks to voluntarily dismiss all of her claims with prejudice; and

**WHEREAS**, plaintiff Darlene Cook has authorized her counsel, Ryan Lozar, Esq., to agree to the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all of the claims and rights of action arising out of the facts and circumstances that are the subject of this action, and that were asserted or could have been asserted by or on behalf of plaintiff Darlene Cook against defendants City of New York, Police Officer Arturo Gomez, Lieutenant Edward Leisengang, Ms. Sasha Dawson, and Ms. Cerissa Wright, their successors and assigns, and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, are hereby dismissed and discontinued, with prejudice, and without attorney's fees, costs or disbursements to the parties;

2. This Stipulation contains all the terms and conditions agreed upon by counsel for defendants and counsel for plaintiffs hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein; and

3. This Stipulation shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.

Dated: New York, New York
       July 1, 2019

RYAN LOZAR, ESQ.
*Attorney for Plaintiff Darlene Cook*
305 Broadway, 14th Floor
New York, New York 10007
(310) 867-1562

By: _____
    Ryan Lozar

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    John L. Garcia
    *Assistant Corporation Counsel*

- 2 -

So Ordered,
s/ILG
USDJ
7/2/19